# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Z.B.,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., HARVARD UNIVERSITY, and the NETWORK BLUE NEW ENGLAND DEDUCTIBLE PLAN,<br><br>    Defendants. | Civil Action No. 1:24-cv-13045 |

## STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff Z.B. and Defendants Harvard University and the "Network Blue New England Deductible Plan," which is improperly named and will be corrected by stipulation between the parties (collectively, "Defendants") hereby stipulate and agree that the time for Defendants to respond to Plaintiff's Complaint in the above-captioned matter shall be through and including February 14, 2025.

This stipulated responsive pleading date herein (February 14, 2025) is consistent with Defendant Blue Cross and Blue Shield of Massachusetts, Inc.'s deadline to respond to Plaintiff's Complaint.

Nothing herein shall be deemed a waive of any right, claims, or defense, all of which are expressly reserved.

Attorneys for Z.B.

*/s/ Mala M. Rafik*
Mala M. Rafik
BBO No. 638075

Attorneys for DEFENDANTS

*/s/ Cathryn M. Johns*
Cathryn M. Johns (BBO #709890)
cjohns@seyfarth.com

| | |
|---|---|
| ROSENFELD & RAFIK<br>184 High Street, Suite 503<br>Boston, MA 02110<br>T: 617-723-7470<br>F: 617-227-2843<br>E: mmr@rosenfeld.com | Seyfarth Shaw LLP<br>Two Seaport Lane, Suite 1200<br>Boston, MA 02210-2028<br>Tel:   (617) 946-4924 |
| Patrick L. Glenn<br>BBO No. 641795<br>ROSENFELD & RAFIK<br>184 High Street, Suite 503<br>Boston, MA 02110<br>T: 617-723-7470<br>F: 617-227-2843<br>E: plg@rosenfeld.com | Amanda L. Genovese (*pro hac vice* to be filed)<br>agenovese@seyfarth.com<br>Seyfarth Shaw LLP<br>620 Eighth Avenue, 32nd Floor<br>New York, NY 10018-1405<br>Tel:   (212) 218-5621 |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed on December 20, 2024 through the Court's ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

Dated:   December 20, 2024          */s/ Cathryn M. Johns*
                                                                Cathryn M. Johns