UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Z.B., <br><br> Plaintiff, <br><br> v. <br><br> BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., HARVARD UNIVERSITY, and THE NETWORK BLUE NEW ENGLAND DEDUCTIBLE PLAN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-13045 |

**STIPULATION EXTENDING TIME TO RESPOND TO
PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff Z.B. and Defendants Harvard University and the "Network Blue New England Deductible Plan," which is improperly named and will be corrected by stipulation between the parties (collectively, "Defendants") hereby stipulate and agree that the time for Defendants to respond to Plaintiff's Complaint in the above-captioned matter shall be through and including March 7, 2025.

Nothing herein shall be deemed a waiver of any right, claims, or defense, all of which are expressly reserved.

Attorneys for Z.B.

*/s/ Mala M. Rafik*
Mala M. Rafik
BBO No. 638075
ROSENFELD & RAFIK
184 High Street, Suite 503
Boston, MA 02110
T: 617-723-7470
F: 617-227-2843
E: mmr@rosenfeld.com

Attorneys for DEFENDANTS

*/s/ Cathryn M. Johns*
Cathryn M. Johns (BBO #709890)
cjohns@seyfarth.com
Seyfarth Shaw LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Tel:    (617) 946-4924

Amanda L. Genovese (*pro hac vice* to be

| | |
|---|---|
| Patrick L. Glenn | filed) |
| BBO No. 641795 | agenovese@seyfarth.com |
| ROSENFELD & RAFIK | Seyfarth Shaw LLP |
| 184 High Street, Suite 503 | 620 Eighth Avenue, 32nd Floor |
| Boston, MA 02110 | New York, NY 10018-1405 |
| T: 617-723-7470 | Tel:    (212) 218-5621 |
| F: 617-227-2843 | |
| E: plg@rosenfeld.com | |

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed on February 10, 2025 through the Court's ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

Dated: February 10, 2025　　　　　　　　*/s/ Cathryn M. Johns*  
　　　　　　　　　　　　　　　　　　　　Cathryn M. Johns