**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Z.B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-13045 |
| | ) |
| BLUE CROSS AND BLUE SHIELD OF | ) |
| MASSACHUSETTS, INC., HARVARD | ) |
| UNIVERSITY, and THE NETWORK BLUE | ) |
| NEW ENGLAND DEDUCTIBLE PLAN, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Plaintiff Z.B. and Defendants Blue Cross and Blue Shield of Massachusetts, Inc.,

Harvard University, and the "Network Blue New England Deductible Plan," which is improperly

named and will be corrected by stipulation between the parties (collectively, "Defendants")

hereby stipulate and agree that the time for Defendants to respond to Plaintiff's Complaint in the

above-captioned matter shall be through and including April 7, 2025.

Nothing herein shall be deemed a waiver of any right, claims, or defense, all of which are

expressly reserved.

Attorneys for Z.B.                         Attorneys for DEFENDANTS

*/s/ Mala M. Rafik*                        */s/ Cathryn M. Johns*
Mala M. Rafik                              Cathryn M. Johns (BBO #709890)
BBO No. 638075                             cjohns@seyfarth.com
ROSENFELD & RAFIK                          Seyfarth Shaw LLP
184 High Street, Suite 503                 Two Seaport Lane, Suite 1200
Boston, MA 02110                           Boston, MA 02210-2028
T: 617-723-7470                            Tel:    (617) 946-4924
F: 617-227-2843
E: mmr@rosenfeld.com                       Amanda L. Genovese (*pro hac vice* to be filed)

Patrick L. Glenn
BBO No. 641795
ROSENFELD & RAFIK
184 High Street, Suite 503
Boston, MA 02110
T: 617-723-7470
F: 617-227-2843
E: plg@rosenfeld.com

agenovese@seyfarth.com
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018-1405
Tel:    (212) 218-5621

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed on March 5, 2025 through the Court's ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

Dated:  March 5, 2025                    */s/ Cathryn M. Johns*
                                         Cathryn M. Johns